APPEAL CAUSE NOS.:01-14-01001-CR
:01-14-01002-CR
:01-14-01003-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
CLERK _____

DENNIS JAMES POLEDORE JR. § COURT OF APPEALS

V. § FIRST DISTRICT

THE STATE OF TEXAS § HOUSTON, TEXAS

### MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2.

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

Comes Now, Dennis James Poledore, Jr., Appellant in the above styled and appellate cause numbers, and moves this Honorable Court to "Suspend TRAP Rule 9.3 "Number of copies" pursuant to TRAP Rule 2 "Suspension of Rule". In support of this would show the following":

I.

### FACTS SUPPORTING GOOD-FAITH REQUEST

Appellant in the above Appellate cause numbers Appeals three (3) Appealable "Orders" that resulted from the Trial Habeas Judge denying: 1) his Order Request For An Evidentiary Hearing For A §4(a) Provision Final Disposition Determination Conducted....; and 2) his Memorandum Order Final Disposition Determination Hearing Request. And the Trial Habeas Court's own Order denying Appellant's Subsequent Writ. See Appendix provided, Exhibits-(G-1) And (G-2).

Appellant states the following under penalty of perjury, in support of this request:

1. Appellant filed with his Notice of Appeal an affidavit of indigency request to proceed with this Appeal in forma pauperis. See Exhibit-(G-4) in the Appendix provided.

2. Texas Department of Criminal Justice, Institutional Division, does not provide any manner for an Offender to make copies for legal papers/documents. ;and

3. Offenders are allowed through indigent supplies only 5 pieces of carbon paper, and 25 sheets of typing paper per month to use for personal and legal matters which is insufficient to provide the necessary required copies.

Executed this 29th day of December, 2014.

_____
SIGNATURE OF AFFIANT

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Pray his request to Suspend TRAP Rule 9.3 pursuant to TRAP Rule 2, and allow Appellant to file the Original of all documents, Motions, Pleadings, and Brief necessary to file in the above foregoing three (3) Appellate cause numbers.

Respectfully Submitted

DENNIS JAMES POLEDORE JR.
TDCJ-ID NO. 1400186
POLUNSKY UNIT
3872 F.M. 350-SOUTH
LIVINGSTON, TEXAS 78351

## CERTIFICATE OF SERVICE

I, certify that a true and correct carbon copy of the foregoing Motion/Pleading was placed in the U.S. Postal Mail Box at the Polunsky Unit addressed to:

John J. Harrity III
Assist. District / Attorney
Fort Bend County, Texas
301 Jackson St., Room 101
Richmond, Texas 77469

Executed this 29th day of December, 2014.

SIGNATURE OF AFFIANT

TO:CHRISTOPHER A. PRINE, FIRST COURT OF APPEALS COURT CLERK
    301 FANNIN
    HOUSTON, TEXAS 77002-2066

FROM:DENNIS JAMES POLEDORE JR.
    TDCJ NO. 1400186
    Polunsky Unit
    3872 F.M. 350-South
    Livingston, Texas 77351

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JAN - 5 2015

CHRISTOPHER A. PRINE
CLERK_____

RE:MOTION TO SUSPEND TRAP RULE 9.3 PURSUANT TO TRAP RULE 2; NOTICE OF APPEAL WITH
   DECLARATION OF INDIGENCY IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS;
   COPY OF REQUEST FOR PREPARATION OF IDENTICAL CLERK'S RECORD FROM DESIGNATED LIST
   OF DOCUMENTS AND EXHIBITS(PROVIDED) PURSUANT TO TRAP 34.5(10) WITH AN ATTACHED
   LETTER REQUESTING CLERK'S SUMMARY SHEETS BE CORRECTED WITH ATTACHED EXHIBITS;
   COPY OF ORIGINAL NOTICE OF APPEAL POINTING OUT APPELLANT'S REQUESTED NATURE TO
   APPEAL AND REQUEST FOR THE HABEAS COURT JUDGE TO CERTIFY MY RIGHT TO APPEAL 3
   APPEALABLE ORDERS FROM HIS DENIAL RENDERED ON NOVEMBER 12, 2014 ALSO ATTACHED:
   AND A "DOCKET STATEMENT" FILED UNDER TRAP 32.

Dear Clerk,

    Please find the above listed documents listed above, to be filed in Appellate
cause numbers;01-14-01001-CR, 01-14-01002-CR, 01-14-01003-CR, for consideration
and filing. The number one correction I've request is, for the Clerk to properly
labelize the Nature of this Appeal. Pursuant to TRAP Rule 36.3, I'm asking that if
the records are not corrected and the designated documents and exhibits list can
not be provided, you(office)command that a correct Clerk's Summary Sheet be sent.
In addition to all necessary documents and exhibits required and what Appellant has
requested in the interest of justice.

    Your attention to this request is appreciated. Thank you in advance.

Date: December 29, 2014

                                            Sincerely

                                            Dennis James Poledore
                                            DENNIS JAMES POLEDORE JR.

                                            APPELLANT

CC: JOHN J HARRITY III, Assiatant District Attorney
    Fort Bend County, Texas

#1400118 DENNIS Blewes
Polunsky Unit
3872 Fm 350-South
Livingston, Texas 77351

(Legal Mail)

(First Court of Appeal(s))
To: Christopher A. Prine, Court Clerk
301 Fannin
Houston, Texas 77002-20 60

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 5 2015

CHRISTOPHEH A. PRINE
CLERK



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
JAN - 5 2015
CHRISTOPHER A. PRINE
Clerk